(88 South. 923)

CASWELL v. STATE. (6 Div. 761.) (Court of Appeals of Alabama. Dec. 14, 1920.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Jesse Caswell was convicted of manslaughter in the first degree, and he appeals. Affirmed. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions. We find no error in the record, and the judgment is affirmed. Affirmed.

(92 South. 924)

CAUTHEN v. STATE. (4 Div. 720.) (Court of Appeals of Alabama. Jan. 31, 1922.) Appeal from Circuit Court, Crenshaw County; A. E. Gamble, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

(93 South. 925)

CENTRAL OF GEORGIA RY. CO. v. HOUSTON. (4 Div. 687.) (Court of Appeals of Alabama. June 13, 1922.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. G. L. Comer & Son, of Eufaula, for appellant. A. H. Merrill & Son, of Eufaula, for appellee.

MERRITT, J. Judgment rendered for appellee for $250 as against appellant, and for appellant as against appellee for the costs, by agreement of parties on file.

(91 South. 924)

CHENOWORTH et al. v. STATE. (1 Div. 402.) (Court of Appeals of Alabama, Nov. 29, 1921.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Webb. McAlpine & Grove, of Mobile, for appellants. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions, and no error of record. Affirmed.

(92 South. 924)

CITY OF ANDALUSIA v. BALDWIN. (4 Div. 742.) (Court of Appeals of Alabama. Feb. 21, 1922.) Appeal from Circuit Court, Covington County; A. B. Foster, Judge. A. Whaley, of Andalusia, for appellant. E. O. Baldwin, of Andalusia, for appellee.

MERRITT, J. Appeal dismissed by agreement.

(92 South. 924)

CITY OF ANDALUSIA v. McDAVID. (4 Div. 741.) (Court of Appeals of Alabama. Jan. 10, 1922.) Appeal from Circuit Court, Covington County; A. B. Foster, Judge. A. Whaley, of Andalusia, for appellant. E. O. Baldwin, of Andalusia, for appellee.

SAMFORD, J. Appeal dismissed by agreement of parties.

(92 South. 924)

CLUETT, PEABODY & CO. v. GAY. (8 Div. 854.) (Court of Appeals of Alabama.

Feb. 2, 1922.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(93 South. 925)

COBB v. STATE. (6 Div. 24.) (Court of Appeals of Alabama. May 16, 1922.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Prosch & Prosch, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Affirmed, on authority of Wright v. Walker, 17 Ala. App. 57, 81 South. 689.

(92 South. 924)

COFFMAN v. STATE. (8 Div. 884.) (Court of Appeals of Alabama. April 4, 1922.) Appeal from Circuit Court, Madison County; Robt. C. Brickell, Judge. Bouldin & Wimberly, of Scottsboro and Charles T. Grimmett, of Huntsville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Time for filing bill of exceptions has expired, and there is no error apparent of record.

(93 South. 925)

COLTON v. STATE. (4 Div. 706.) (Court of Appeals of Alabama. Opinion of Feb. 7, 1922, Withdrawn. On Rehearing, June 30, 1922.) Appeal from Circuit Court, Coffee County; A. B. Foster, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions in the record. The record proper shows an erroneous sentence to the penitentiary for a term of one year. Affirmed as to the conviction, but reversed and remanded for proper sentence.

(88 South. 923)

COOK v. TIPTON. (8 Div. 786.) (Court of Appeals of Alabama. Feb. 8, 1921.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Bouldin & Wimberly, of Scottsboro, for appellant.

SAMFORD, J. Appeal dismissed on motion of appellant.

(89 South. 925)

CORONA COAL CO. v. CHAMPION. (6 Div. 864.) (Court of Appeals of Alabama. June 14, 1921.) Appeal from Circuit Court, Walker County; J. J. Curtis, Judge. A. F. Fite, of Jasper, for appellant. W. F. Finch, of Jasper, for appellee.

MERRITT, J. Settled between the parties and the cause dismissed.

(92 South. 924)

COUCH v. STATE. (4 Div. 771.) (Court of Appeals of Alabama. Feb. 7, 1922.) Appeal from Circuit Court, Geneva County; H. A. Pearce, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions, and no error of record. Affirmed.